UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

IN ADMIRALTY

CASE NO:

In Re: Petition of CARLSON "CARLY" BLACK
 as owner of the 1978 18' SEACRAFT HIN
#SECF80110977  for Exoneration from or
Limitation of Liability

       Petitioner,

_____/

## VERIFIED PETITION FOR EXONERATION FROM
## OR LIMITATION OF LIABILITY

COMES NOW the Petitioner, CARLSON "CARLY" BLACK, as Owner of the 1978 18' SEACRAFT HIN #SECF80110977, and pursuant to the provisions of 46 U.S.C. §30501 et seq. and Supplemental Rule F, hereby petitions this Court for exoneration from or in the alternative for limitation of liability to the value of the interest of the Petitioner in said vessel for all claims arising out of an incident involving the subject vessel on or about July 24, 2015, during a voyage commencing at Tequesta, Florida, and as grounds therefore states:

1. This action arises within the Admiralty and Maritime Jurisdiction of this Court within the meaning of Federal Rule of Civil Procedure 9(h) as more fully set forth below and is brought by Petitioner pursuant to the terms of the Limitation of Liability Act; 46 U.S.C. §30501 et seq. and Federal Rules of Civil Procedure Supplemental Rule F governing Limitation of Liability Actions.

2. This petition is timely filed, pursuant to Supplemental Rule F, within six (6) months of any written notice of potential claims against Petitioner arising from the incident more fully described herein.

3. Subject Matter Jurisdiction of this matter arises under 28 U.S.C. §1333.

4. The events, acts, and circumstances giving rise to this action occurred on navigable waters during traditional maritime activity.

5. The Petitioner seeks to claim and invoke rights, privileges, remedies and procedures of the Shipowners Limitation of Liability Act, Title 46 U.S. Code §30501 et seq.

6. At all times material hereto, Petitioner CARLSON "CARLY" BLACK, was the owner of the 1978 18' SEACRAFT HIN #SECF80110977, which was ordinarily berthed at a residence in Tequesta, Florida.

7. At all times material hereto, the 1978 18' SEACRAFT HIN #SECF80110977 was in navigable waters off the coast of Tequesta, Florida.

8. Prior to and at all times hereinafter described, the Petitioner exercised due diligence to make the vessel seaworthy in all respects and to properly equip and supply the vessel with suitable engines, machinery, apparel, appliances, personnel, and other appropriate and necessary equipment, all in good order and condition and suitable for their intended operations.

9. At the time of the casualty and at all times material prior to the casualty, the 1978 18' SEACRAFT HIN #SECF80110977 was, in all respects, seaworthy and properly equipped and supplied with suitable engines, machinery, apparel, appliances, personnel, and other appropriate and necessary

equipment, all in good order and condition and suitable for their intended operations.

10. On or about July 24, 2015, the 1978 18' SEACRAFT HIN #SECF80110977 commenced an offshore voyage from Tequesta, Florida.

11. Aboard the vessel at the commencement of the voyage were AUSTIN B. STEPHANOS and PERRY J. COHEN.

12. Petitioner was not aboard the vessel during the voyage commencing on July 24, 2015.

13. At some time during said voyage, the vessel sustained a loss resulting in the disappearance of both passengers aboard the vessel.

14. The cause of the loss is unknown to Petitioner.

15. Both passengers aboard the vessel remain missing and are presumed dead as of the date of this Petition.

16. The vessel was recovered capsized and drifting in or near the Gulfstream current in the Atlantic Ocean.

17. Upon information and belief, based upon the location the vessel was recovered, Petitioner believes that the loss occurred more than three miles offshore.

18. As a result of the loss, the 1978 18' SEACRAFT HIN #SECF80110977 sustained significant damage.

19. Upon information and belief, the two passengers aboard the vessel on July 24, 2015, and/or personal representatives of the passengers may have claims related to the incident which occurred on said date.

20. The potential claims related to the incident on July 24, 2015 involving the 1978 18' SEACRAFT HIN #SECF80110977 are expected to exceed the post-loss value of the vessel.

21. The damage sustained in the incident described above and any property damage, personal injury, or death sustained by any other individual or entity occurred through no fault or negligence by Petitioner CARLSON "CARLY" BLACK.

22. The incident involving the 1978 18' SEACRAFT HIN #SECF80110977 on July 24, 2015 and any consequential loss, damage or injury to any vessel, property or person resultant therefrom, was not caused or contributed to by any fault, neglect, want of care or design on the part of the Petitioner.

23. Any and all losses sustained during the incident involving the 1978 18' SEACRAFT HIN #SECF80110977 on July 24, 2015 occurred without the privity or knowledge of Petitioner within the meaning of 46 U.S.C. §30505.

24. Petitioner is aware of potential claims that could be asserted against her in an amount well in excess of the post-loss value of the vessel.

25. Upon information and belief, Petitioner avers the anticipated total amount of these claims will exceed the post-loss value of the vessel, which is stipulated to be no more than **Five Hundred Dollars and Zero Cents** ($500.00).

26. Petitioner claims the benefits of the provisions of Section 30501 et seq. of Title 46, United States Code and Supplemental Rule F, Federal Rules of Civil Procedure, in this proceeding by reason of the facts and circumstances set forth above. Petitioner further desires to contest its liability and the liability of

the vessel, to any extent whatsoever for any and all loss, destruction, damage, death and injury caused by or resulting from the incident described above, and to be exonerated from all such liability.

27. By reason of the aforesaid, if any liability should be adjudged and imposed upon Petitioner, then said Petitioner is entitled to Limitation of and/or Exoneration from said liability pursuant to Section 30505 et seq. of Title 46 United States Code.

28. Petitioner avers the post-loss value of the 1978 18' SEACRAFT HIN #SECF80110977 to be no more than **Five Hundred Dollars and Zero Cents** ($500.00) as reflected in the Ad Interim Stipulation for Value filed with this Honorable Court as an exhibit to this Petition.

29. Petitioner will deposit into the registry of the Court for the benefit of Claimants the amount of **Five Hundred Dollars and Zero Cents** ($500.00) as security for an amount equal to the value of Petitioner's interest in the vessel following the loss within the meaning of 46 U.S.C. §30501(a).

30. Pursuant to the provisions of Supplemental Rules F(3) and F(4), Petitioner is moving this Court to issue an Injunction to enjoin the further prosecution of any actions or proceedings against the Petitioner or the Petitioner's property with respect to any claims subject to Limitation in this action and to issue a monition and admonish all persons asserting claims with respect to this cause to file the respective claims and answers on or before thirty (30) days from the date of the notice issued by the Court.

31. The subject vessel has not been arrested or attached to answer for any claim in any District. The Petitioner remains within the territorial limits of the United States District Court for the Southern District of Florida.

32. Venue is proper in this District due to the voyage which gives rise to this petition having commenced within the territorial limits of the District.

WHEREFORE Petitioner moves this Court for an entry of Judgment Exonerating Petitioner from any liability in connection with the Claimants' damages, or in the alternative to limit Petitioner's Liability to the value of the interest of Petitioner in said vessel in accordance with 46 U.S.C. §30501 et seq.

Dated this 1st day of December 2016.

Respectfully submitted,

*/s/ Seth E. Harris*
Seth E. Harris (FBN 76217)
Fertig & Gramling
200 Southeast 13th Street
Fort Lauderdale, FL 33316
seh@fertig.com
Telephone:   954-763-5020
Facsimile:   954-763-5412
*Attorneys for Petitioner*

## VERIFICATION OF PETITION

Pursuant to 28 U.S.C. §1746 I declare under penalty of perjury that the foregoing is

true and correct.  Executed on December 1, 2016.

By: _____

CARLSON "CARLY" BLACK